CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

AUG 25 2015

JULIA C. DUDLEY, CLERK
BY: [signature]
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| CARROLL PENDLETON,<br>Plaintiff, | ) | Civil Action No. 7:15-cv-00405 |
| v. | ) | **ORDER** |
| DOUG STANLEY, et al.,<br>Defendants. | ) | By: Hon. Michael F. Urbanski<br>United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED**

that the complaint is **DISMISSED without prejudice** for failing to state a claim upon which relief may be granted, pursuant to 28 U.S.C. § 1915A(b)(1), and the action is **STRICKEN** from the active docket of the court.

The Clerk shall send copies of this Order and the accompanying Memorandum Opinion to Plaintiff.

**ENTER**: This 24th day of August, 2015.

/s/ Michael F. Urbanski

United States District Judge